BRIGHTON OPERATING CORP., Respondent, *v.* P. WALKER MORRISON et al., as Trustees, Appellants.

Submitted May 14, 1945; decided May 17, 1945.

*Isaac Ellman* for motion.

*Davis L. Weissman* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, on the ground that we do not regard the constitutional question as substantial since it has been twice decided by this court.